**No. 56349.**—F. B. Vandegrift & Co., Inc. v. United States, protest 140216–K (New York).

Opinion by Ford, J. The protest was dismissed.

**No. 56350.**—Abraham & Straus, Inc., et al. v. United States, protests 168253–K, etc. (New York).

Opinion by Ford, J. The protests were dismissed.

**No. 56351.**—H. Bendel, Inc., et al. v. United States, protests 175745–K, etc. (New York).

Opinion by Ford, J. The protests were dismissed.

Before the Third Division, February 5, 1952

**No. 56352.**—I. Laden Company v. United States, protest 173222–K (New York).

Opinion by Johnson, J. At the trial it was stipulated that the correct weight of the merchandise was 7,292 pounds, as reported by the collector in his memorandum attached to the protest papers. In view of the stipulation it was held that duty was assessable upon the basis of 7,292 pounds, rather than upon 7,368 pounds, and the collector was directed to refund all duty taken in excess thereof.

**No. 56353.**—Chas. Kurz Co. v. United States, protest 174475–K (Philadelphia).

Opinion by Johnson, J. An examination of the record disclosing that the protest was not filed within the 60-day period after liquidation, as required by section 514, Tariff Act of 1930, the motion to dismiss was granted.